02-11-110-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00110-CV

 

 


 
 
 Steven Adams
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Sandford Oil Company, Inc.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE County
Court at Law OF Wise COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Defendant's Motion For
Withdrawal Of Appeal And Cancellation Of June 17, 2011 Hearing.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).

 

PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ. 


 

DELIVERED: 
June 23, 2011









[1]See Tex. R. App. P. 47.4.